UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARIQ COFFEY,<br><br>           Plaintiff,<br><br>   v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>           Defendants. | Case No. 4:24-cv-06837-KAW<br><br>ORDER REGARDING PROPOSED STIPULATED PROTECTIVE ORDER<br><br>Re: Dkt. No. 13 |

On February 12, 2025, the parties filed a stipulated protective order. They did not, however, indicate whether they were using a model protective order or a modified protective order as required by the Court's Standing Order. (*See* Judge Westmore's General Standing Order ¶ 12.)

Accordingly, the parties are ordered to submit, within 7 days of this order, (a) a declaration stating that the proposed order is identical to one of the model orders, (b) a declaration explaining each modification to the model order, along with a redline version comparing the proposed protective order with the model order, or (c) a declaration explaining why use of one of the model orders is not practicable.

    IT IS SO ORDERED.

Dated: February 14, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge