**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**LATEEF H. GRAY, ESQ., SBN 250055**
**MARLON L. MONROE, ESQ., SBN 251897**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208
Oakland, California 94607
Tel: (510) 929-5400
www.LawyersFTP.com
APointer@LawyersFTP.com
PBuelna@LawyersFTP.com
LGray@LawyersFTP.com
MMonroe@LawyersFTP.com

Attorneys for Plaintiff TARIQ COFFEY

GREGORY B. THOMAS (SBN 239870)
E-MAIL: GTHOMAS@BWSLAW.COM
CHRISTOPHER E. BRUMFIEL (SBN 214866)
E-MAIL: CBRUMFIEL@BWSLAW.COM
JACKSON D. MORGUS (SBN 318453)
E-MAIL: JMORGUS@BWSLAW.COM
BURKE, WILLIAMS & SORENSEN, LLP
1999 HARRISON STREET, SUITE 1650
OAKLAND, CALIFORNIA 94612-3520
TEL: 510.273.8780   FAX: 510.839.9104

Attorneys for Defendants,
COUNTY OF ALAMEDA (erroneously sued herein as "ALAMEDA COUNTY"),
KARL GREGOIRE, RICARDO ESPARZA, JORDAN CLINTON and
JORGE TRIGUEROS (collectively "ALAMEDA COUNTY DEFENDANTS")



IT IS SO ORDERED
Judge Kandis Westmore
December 7, 2025

STIPULATION DISMISSING ENTIRE ACTION, WITH PREJUDICE, PURSUANT TO FRCP RULE 41(a)(2)

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARIQ COFFEY, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ALAMEDA COUNTY, a municipal corporation; KARL GREGOIRE, in his individual capacity as a law enforcement officer for the ALAMEDA COUNTY SHERIFF'S DEPARMENT; RICARDO ESPARZA, in his individual capacity as a law enforcement officer for the ALAMEDA COUNTY SHERIFF'S DEPARMENT; JORDAN CLINTON in his individual capacity as a law enforcement officer for the ALAMEDA COUNTY SHERIFF'S DEPARMENT; JORGE TRIGUEROS in his individual capacity as a law enforcement officer for the ALAMEDA COUNTY SHERIFF'S DEPARMENT; and DOES 1-50, inclusive. <br><br> Defendants. | Case No.: 4:24-cv-06837-KAW <br><br> **STIPULATION AND ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE, PURSUANT TO FRCP RULE 41(a)(2)** |

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(2), and subject to Court approval, Plaintiff Tariq Coffey ("Plaintiff") and Defendant County of Alameda (erroneously sued herein as "Alameda County"), et al. ("Defendants") (together, "the Parties"), through their duly authorized respective counsel of record, hereby stipulate and agree:

(1) That this entire action shall be dismissed, with prejudice, with each Party to bear its own attorneys' fees and costs; and

(2) That this Court shall retain jurisdiction to enforce the terms of the Parties' settlement agreement.

Respectfully submitted,

DATED:  December 1, 2025         POINTER & BUELNA, LLP
                                 LAWYERS FOR THE PEOPLE


By: /s/ *Marlon L. Monroe*
    ADANTE D. POINTER
    PATRICK BUELNA
    MARLON L. MONROE
    Attorneys for Plaintiff Tariq Coffey

DATED: December 1, 2025          BURKE, WILLIAMS & SORENSEN, LLP


By: /s/ *Gregory B. Thomas*
    GREGORY B. THOMAS
    Attorneys for Defendants County of Alameda,
    Karl Gregoire, Ricardo Espareza, Jordan
    Clinton, and Jorge Trigueros

### SIGNATURE ATTESTATION

As the attorney e-filing this document, I hereby attest that counsel for Defense has concurred in this filing.

Dated: December 1, 2025          POINTER & BUELNA, LLP


By: /s/ *Marlon L. Monroe*
    Marlon L. Monroe